GLYNN & FINLEY, LLP
ADAM FRIEDENBERG, Bar No. 205778
JONATHAN A. ELDREDGE, Bar No. 238559
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
E-mail: afriedenberg@glynnfinley.com
       jeldredge@glynnfinley.com

Attorneys for Defendant ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER QUALITY & ELECTRICAL SYSTEMS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive,<br><br>Defendants. | **Case No. C09-03060-EMC**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

The parties hereby stipulate to extend Defendant ConocoPhillips Company's time to respond to the complaint to September 15, 2009. This stipulation will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

Dated: July 13, 2009          GLYNN & FINLEY, LLP

                                            /s/ Jonathan A. Eldredge
                              Attorneys for ConocoPhillips Company


Dated: July 13, 2009          BLEAU FOX, A P.L.C.

                                            /s/ Melissa Rhee
                              Attorneys for Plaintiff

- 1 -
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

I, Jonathan A. Eldredge, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 13, 2009                    GLYNN & FINLEY, LLP

                                                   /s/ Jonathan A. Eldredge
                                          Jonathan A. Eldredge
                                          Attorneys for ConocoPhillips Company

IT IS SO ORDERED:

_____
Edward M. Chen
U. S. Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]*