UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER QUALITY & ELECTRICAL SYSTEMS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive,<br><br>Defendant. | Case No. C09-03060 SI<br><br>**ORDER RE CASE STATUS UPDATE AND STIPULATION TO EXTEND CONOCOPHILLIPS COMPANY'S TIME TO RESPOND TO THE COMPLAINT AND CONTINUE THE CASE MANAGEMENT CONFERENCE** |

FOR GOOD CAUSE SHOWN, THE COURT ORDERS that ConocoPhillips Company's ("COP") time to respond to the complaint be extended to December 21, 2009. Should Judge Whyte not rule on COP's "Administrative Motion to Consider Whether Cases Should Be Related" within 90 days, COP will report further to the Court so that it may revisit whether a further extension would be appropriate. The Initial Case Management Conference is continued until March 5, 2010 @ 2:30 p.m.

~~For avoidance of doubt, nothing herein shall~~ prevent Plaintiffs' ability to seek a temporary restraining order or preliminary injunction before COP has responded to the complaint, or file motions to remand to state court.

Dated: September __, 2009

_____
District Court Judge

- 1 -
ORDER RE STIPULATION TO EXTEND COP'S TIME TO RESPOND TO THE COMPLAINT